IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:13-CR-090-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| v. | ) | **FOR EARLY TERMINATION** |
| | ) | **OF SUPERVISED RELEASE** |
| **WILLIAME E. NICE,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has before it defendant's motion for early termination of his supervised release, pursuant to 18 U.S.C. § 3583(e)(1). Mr. Nice was sentenced on February 15, 2013, to 30 days in custody and two years of supervised release. He self-reported to the Bureau of Prisons to serve his sentence on April 15, 2013, and was released on May 13, 2013. Jurisdiction for his supervised release was transferred from Illinois to Idaho prior to his release from custody.

The Court has been advised that the defendant's supervising probation officer, Kevin Hocevar, has no objection to early termination and has confirmed that Mr. Nice has a stable residence and employment. Mr. Nice has fully complied with all conditions of supervision. Assistant United States Attorney, Rafael Gonzalez, has

also advised that the Government does not object to terminating Mr. Nice's supervised release.

For the reasons set forth in the defendant's motion, the Court finds good cause for the request for early termination. Accordingly,

**NOW THEREFORE IT IS HEREBY ORDERED** that defendant's motion for early termination of supervised release [Dkt No.3] is **GRANTED.** The defendant is **HEREBY RELEASED** from further supervision by U.S. Probation and shall be deemed to have satisfied his sentence in this case.

This order shall be forwarded to U.S. Probation and to counsel.

DATED: **May 28, 2014**

B. LYNN WINMILL
Chief Judge
United States District Court